**Attorney(s):** The Law Offices of Robert J. Nahoum
**Index #:** 2:21-cv-01940-ARR-ST
**Purchased/Filed:** April 13, 2021
**State of:** New York
**Court:** U. S. District
**County/District:** Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Doris Oke Obasohan

Plaintiff(s)

against

Sunrise Auto Outlet Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 55 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **April 20, 2021**, at **12:40pm**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in a Civil Action & Complaint**

on

**Sunrise Auto Outlet Inc.**

the Defendant in this action, by delivering to and leaving with **Sue Zouky**, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of April, 2021

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
**Invoice·Work Order #** 2112130
**Attorney File #** Obasohan