So Ordered,

/s/(ARR)

ROSS, U.S.D.J.
6/9/21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DORIS OKE OBASOHAN,

                Plaintiff,

v.

SUNRISE AUTO OUTLET INC and TRUIST BANK d/b/a BB&T,

                Defendants.

Civil Action No.: 21-cv-01940

**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT SUNRISE AUTO OUTLET INC. ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Doris Oke Obasohan, by and through her undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against defendant Sunrise Auto Outlet, Inc only.

Dated: Nyack, New York
        June 8, 2021

THE LAW OFFICES OF
ROBERT J. NAHOUM, P.C.
*Attorneys for Plaintiff*

By:_____
    **ROBERT J. NAHOUM**
48 Burd Street, Suite 300
Nyack, NY 10960
(845) 450-2906
rjn@nahoumlaw.com