**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------- X

DORIS OKE OBASOHAN,                                    :

              Plaintiff,                           :    CIVIL ACTION NO.  2:21-CV-01940

    -against-                                         :    **TRUIST BANK'S FINANCIAL**
                                               **INTEREST DISCLOSURE STATEMENT**
SUNRISE AUTO OUTLET INC AND                            :
TRUIST BANK d/b/a BB&T,

              Defendants.                          :

-------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Truist Bank ("Truist"), successor in interest to Branch Banking and Trust Company, by and through its undersigned counsel, hereby certifies that it is a non-governmental corporate party, that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party, and that the following persons and entities are financially interested in the outcome of this litigation:

1.    Truist Bank is a wholly-owned subsidiary of Truist Financial Corporation, the stock of which is publicly traded under the symbol "TFC."  Truist Financial Corporation was formed by the merger of SunTrust Banks, Inc. into BB&T Corporation on December 6, 2019, the merger of SunTrust Bank Holding Company (a Florida Corporation) into BB&T Corporation on December 7, 2019, and BB&T Corporation's subsequent change of its name to Truist Financial Corporation (also on December 7, 2019).

2.    The stock of BB&T Corporation formerly traded publicly under the symbol "BBT." The stock of SunTrust Banks, Inc. formerly traded publicly under the symbol "STI."  SunTrust Bank Holding Company was not publicly traded.

3.    Based on the information currently available, there is no publicly traded corporation that owns more than 10% of the stock of Truist Financial Corporation.

Respectfully submitted,

**TRUIST BANK**

Dated: June 22, 2021          By: */s/ Stephen J. Steinlight*
New York, New York          Stephen J. Steinlight
                            TROUTMAN PEPPER
                            875 Third Avenue
                            New York, New York 10022
                            Telephone: (212) 704-6008
                            Facsimile: (212) 704-6288
                            Email: stephen.steinlight@troutman.com

                            *Counsel for Truist Bank*