| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 27, 2021 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-21-1940 (ARR) |
| **NAME OF CASE(S):** | **OBASOHAN V. SUNRISE AUTO OUTLET, INC. ET AL** |
| **FOR PLAINTIFF(S):** | Nahoum |
| **FOR DEFENDANT(S):** | Steinlight, Kataev |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

Defendant's Consent MOTION for Extension of Time to File [21] is granted. Defendant 189 Sunrise Hwy Auto LLC shall answer or otherwise respond to the complaint by September 10, 2021. The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 9/10/21;

Completion of Phase I discovery - 10/28/21;

Deadline for motions to join new parties or amend pleadings - 11/29/21;

First requests for production of documents and interrogatories due by - 12/13/21;

All fact discovery to be completed by 3/14/22;

Exchange of expert reports - 4/14/22;

Expert depositions completed by - 5/16/22;

All discovery completed by - 5/27/22;

Final date to take first step in dispositive motion practice - 6/27/22.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. The Mediator is to be selected by September 13, 2021 and Mediation shall be completed by November 19, 2021. Parties shall file a joint status report by November 29, 2021.