

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

*The Hudson Valley*
*(Main Office):*
*48 Burd Street, Suite 300*
Nyack, NY 10960-3109
Ph:   (845) 450-2906
Fax: (888) 450-8640

48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:   (718) 514-6026
Fax: (888) 450-8640

*New Jersey:*
*(For Meeting Purposes Only)*
*115 Maple Avenue, Suite 201*
*Red Bank, NJ  07701*
Ph:   (845) 450-2906
Fax: (888) 450-8640

November 10, 2021

**VIA ECF**

Honorable Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: ***Obasohan v. Sunrise Auto Outlet, Inc. et al***
      <u>Docket No.: 2:21-cv-01940-ARR-ST</u>

Dear Honorable Steven L. Tiscione:

  This office represents plaintiff Doris Oke Obasohan in this matter.  On August 30, 2021, the Court entered an order (Docket Entry 23) which, among other things, required the parties to select a mediator by September 13, 2021, and that mediation be completed by November 19, 2021.  The parties have communicated with several potential mediators but are still working to coordinate schedules.  For this reason, it is respectfully requested that the times to select a mediator and complete mediation be extended for an additional 30-days.

  No previous requests for an extension of these deadlines have been made and all parties consent to this request.

  Thank you in advance for your consideration.  Should have any questions, please do not hesitate to contact me.

              Respectfully submitted,

              ROBERT J. NAHOUM

RJN/jan
cc: Emanuel Kataev, Esq.
   Stephen J. Steinlight, Esq.