# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 17, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza
Courtroom 910
Central Islip, NY 11722

      *Re:*    <u>**Obasohan v. Sunrise Auto Outlet Inc,** *et al.*</u>
             <u>**Case No.: 2:21-cv-1940 (ARR) (ST)**</u>
             <u>**MLLG File No.: 108-2021**</u>

Dear Judge Tiscione:

      This firm represents Defendant 189 Sunrise Hwy Auto LLC (the "Dealership") in the above-referenced case. The Dealership writes jointly with Plaintiff Doris Oke Obasohan (hereinafter the "Plaintiff") and Defendant Truist Bank (hereinafter the "Bank") to report that the parties have reached a settlement in principle and are currently working towards memorializing the settlement into a written agreement.

      The parties thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
            March 17, 2022

                                      Respectfully submitted,

                                      **MILMAN LABUDA LAW GROUP PLLC**
                                      _____/s_____
                                      Emanuel Kataev, Esq.
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY 11042-1073
                                      (516) 328-8899 (office)
                                      (516) 303-1395 (direct dial)
                                      (516) 328-0082 (facsimile)
                                      emanuel@mllaborlaw.com

cc: all counsel of record (via ECF).